IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

PRICE MONTGOMERY ET AL,

Defendants.

2:14-cr-205
2:16-cr-63
2:16-cr-223
**ELECTRONICALLY FILED**

## ORDER OF COURT

AND NOW, this 21st day of June, 2017, after Evidentiary Hearings having been held as to all matters related to the Motion(s) to Suppress Wiretap Evidence, and with Defendants Montgomery and Perrin present at said hearings, it is hereby ORDERED that on or before September 15, 2017, counsel shall file proposed findings of fact and conclusions of law, as well as any supplemental memoranda.   Any responses shall be due 14 days after the filing being responded to.   It is further ORDERED that Oral Argument may be set by further Order of Court.

It is further ORDERED that the extension of time caused by this continuance (from the date of this Order until and including 30 days after the close of the complete record, including oral argument) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 et seq. Specifically, the Court finds that the ends of justice served by the granting of such extension outweigh the best interests of the public and the defendant to a speedy trial, 18 U.S.C. §3161(a)(7)(A).   Failure to grant such extension would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the time for the preparation of pretrial motions shall be excluded.

Mark R. Hornak
United States District Judge